```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 12863
    KEVIN R GERSTUNG
    PATRICIA C GERSTUNG                         CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
         Debtor
    SSN XXX-XX-7859    SSN XXX-XX-8120
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/19/07 .

    2.  The case was dismissed without confirmation, 12/07/2007.

    3.  The Debtor paid a total of $    888.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OPTION ONE MTGE | CURRENT MORTG | .00 | .00 | .00 |
| OPTION ONE MTGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| WILSHIRE CREDIT CORP | SECURED | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | .00 | .00 | 859.01 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| R&B REC MGMT | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY CHECK SRV | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN ILL COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT INC | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| FASHION BUG | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST DIVERSIFIED | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| PARK DANSAN | UNSECURED | NOT FILED | .00 | .00 |
| NEWPORT NEWS | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| **CREDITOR NAME** | **CLASS** | **CLAIM AMOUNT** | **INTEREST PAID** | **PRINCIPAL PAID** |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PRINCE OF PEACE RELIGIOU | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| WE ENERGIES | UNSECURED | NOT FILED | .00 | .00 |
| WI ELECTRIC | UNSECURED | NOT FILED | .00 | .00 |

              Summary of disbursements:
---

```
                    SECURED      PRIORITY    UNSECURED         OTHER          TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00           .00          .00           .00            .00
PRINCIPAL PAID        859.01           .00          .00           .00         859.01
INTEREST PAID            .00           .00          .00           .00            .00
TOTAL PAID            859.01           .00          .00           .00         859.01
```

The Debtor's attorney, COHEN & KROL                    , was allowed $      .00
and was paid $         .00 .

The Trustee received $       28.99 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 04/11/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                                  PAGE   2
          CASE NO. 07 B 12863 KEVIN R GERSTUNG & PATRICIA C GERSTUNG